ELLEN CARROLL, Appellant, *v.* JAY W. FOWLER, as Administrator with the Will Annexed of the Estate of WILLIAM FOWLER, Deceased, Respondent.

*Carroll* v. *Fowler*, 171 App. Div. 976, affirmed.

(Argued March 19, 1918; decided April 2, 1918.)

APPEAL from a judgment, entered December 13, 1915, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department overruling plaintiff's exceptions, ordered to be heard in the first instance, by the Appellate Division, denying a motion

for a new trial, and directing judgment in favor of defendant upon the nonsuit by the trial court. The action was to recover upon a non-negotiable writing, pleaded as a promissory note, which reads as follows:

" $2000 I promisid to
Pay Ellen Carroll with use may 1, 1912
          Wm. Fowler "

The trial court dismissed the complaint on the ground that there was no sufficient proof of consideration.

*Frank S. Coburn* and *F. E. Hughitt* for appellant.
*Frederick E. Storke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.